IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

United States of America,

    Plaintiff,

    vs.                                       Case #2:25 CR 150

Bryan W. Adams,                     Judge Michael Watson

    Defendant.

## **DEFENDANT'S OF INTENT TO CHANGE PLEA AND MOTION FOR BOND HEARING**

Now comes the Defendant, Bryan W. Adams, by and through undersigned counsel, and hereby notifies this Honorable Court of his intent to change his plea of "Not Guilty" to a plea of "Guilty" pursuant to a Plea Agreement reached between the parties.

Pursuant to Federal Rule of Criminal Procedure 11, the defendant respectfully requests that a Change of Plea Hearing be scheduled and conducted before the Honorable Michael H. Watson.  The defendant does not consent to a United States Magistrate Judge conducting the felony plea colloquy or accepting the plea.

Furthermore, the defendant respectfully moves this Court to schedule a Bond Hearing to be held in conjunction with the Change of Plea Hearing to address the conditions of his pretrial release.

This Notice is filed to alert the Court that a Plea Agreement has been finalized, and the defendant is prepared to go forward with the change of plea.

                                                          Respectfully submitted,

                                                          /s/Terry K. Sherman, #0002417
                                                          Attorney for Defendant
                                                          52 West Whittier Street
                                                          Columbus, OH 43206
                                                          Phone: 614/444-8800
                                                          Email:  tkshermanlaw@gmail.com

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of September, 2025, I electronically filed the following with the Clerk of the Court, using the CM/ECF System, which will send notification of such filing to the following: Emily Czerniejewski, Assistant U. S. Attorney; and I hereby certify that I have mailed by United States Postal Service the document to the following non-DCM/ECF participants:  n/a .

/s/Terry K. Sherman, #0002417
Attorney for Defendant
Email:  tkshermanlaw@gmail.com